[No. 2311-1.    Division One.    March 4, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. HAROLD LEE SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 63468, Nancy A. Holman, J., entered April 23, 1973. *Affirmed* by unpublished per curiam opinion.

[No. 1195-2.    Division Two.    March 4, 1974.]

RUSKIN FISHER & ASSOCIATES, INC., *Appellant,* v. CHARLES Y. CLOSE *et al., Respondents.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 42446, John H. Kirkwood, Jr., J., entered May 12, 1972. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.

[No. 850-3.    Division Three.    March 4, 1974.]

ALVIN T. CLARK *et al., Appellants,* v. MCATEE AND HEATHE, INC., *Defendant,* COLUMBIA SAND AND GRAVEL, *Respondent.*

Appeal from a judgment of the Superior Court for Grant County, No. 21785, B. J. McLean, J., entered March 30, 1973. *Reversed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 1023-3.    Division Three.    March 7, 1974.]

ADA SHANNON, *Respondent,* v. THE CITY OF GRAND COULEE, *Petitioner,* BILES-COLEMAN LUMBER COMPANY, *Respondent.*

Certiorari to review a judgment of the Superior Court for Grant County, No. 19436, Felix Rea, J., entered December 12, 1973. *Granted* by unpublished per curiam opinion.